**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Recondition Pros Penn, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 87-1914981 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2700 Castor Avenue<br>Philadelphia, PA 19134<br>Number, Street, City, State & ZIP Code | 8520 Allison Pointe Blvd., Suite 220<br>Indianapolis, IN 46250<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Philadelphia<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    https://reconditionpros.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Recondition Pros Penn, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

8111

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

| Debtor | Recondition Pros Penn, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Recondition Pros Penn, LLC                                  Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 3, 2023___
             MM / DD / YYYY

**X** _____        Devin Leas
Signature of authorized representative of debtor    Printed name

Title ___Member of Recondition Pros, LLC___

**18. Signature of attorney**

**X** /s/ Lara S. Martin                          Date ___March 3, 2023___
Signature of attorney for debtor                        MM / DD / YYYY

Lara S. Martin
Printed name

Bernstein-Burkely, PC
Firm name

601 Grant Street, 9th Floor, Pittsburgh, PA 15219

Number, Street, City, State & ZIP Code

Contact phone  (412) 456-8100      Email address  lmartin@bernsteinlaw.com

PA 307272
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Recondition Pros Penn, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 3, 2023          X _____
                                        Signature of individual signing on behalf of debtor

                                        Devin Leas
                                        Printed name

                                        Member of Recondition Pros, LLC
                                        Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Recondition Pros Penn, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blackwell, Burke & Ramsey, P.C. 101 W. Ohio St., Suite 1700 Indianapolis, IN 46204 | | Legal services | | | | $4,387.50 |
| Chase Credit Card PO Box 5010, Section 230 Concord, CA 94524 | | Credit card | | | | $490.03 |
| Cintas P.O. 630803 Cincinnati, OH 45263-0803 Cincinnati, OH 45263 | | Trade debt | | | | $2,377.00 |
| Cintas Fire P.O. Box 636525 Cincinnati, OH 45263-6525 Cincinnati, OH 45263 | | Trade debt | | | | $177.43 |
| Empire Parts 5000 Lincoln Drive Marlton, NJ 08053 | | Trade debt | | | | $450.00 |
| Erie Insurance 100 Erie Insurance Place Erie, PA 16530 | | GLL Insurance | | | | $10,180.00 |
| Erie Insurance 100 Erie Insurance Place Erie, PA 16530 | | Commercial Auto Insurance | | | | $2,973.00 |
| E-Z Pass PO Box 4973 Trenton, NJ 08653 | | Trade debt | | | | $255.23 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor  Recondition Pros Penn, LLC
_____          Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fred Beans Auto Group P.O. Box 872 Doylestown, PA 18901 | | Trade debt | | | | $400.00 |
| Outsourced General Counsel, LLC 5351 E. Thompson Road, #298 Indianapolis, IN 46237 | | Ordinary course legal services | | | | $6,936.50 |
| PECO 2701 E. Pickwick St. Philadelphia, PA 19134 | | Trade debt | | | | $2,187.76 |
| Philadelphia Gas Works (PGW) 2701 E. Pickwick St. Philadelphia, PA 19134 | | Utility | | | | $5,325.50 |
| Philadelphia Water Department 2701 E. Pickwick St. Philadelphia, PA 19134 | | Utility | | | | $1,677.79 |
| Recondition Pros, LLC 8250 Allison Pointe Blvd., Suite 220 Indianapolis, IN 46250 | | Business loan to affiliate | | | | $0.00 |
| Republic 2701 E. Pickwick St. Philadelphia, PA 19134 | | Utility | | | | $421.16 |
| Sherwin Williams 1447 Brace Road Cherry Hill, NJ 08034 | | Trade debt | | | | $20,162.00 |
| Verizon 2701 E. Pickwick St. Philadelphia, PA 19134 | | Utility | | | | $285.20 |

# THIS DEBTOR HAS LESS THAN 20 LARGEST UNSECURED CREDITORS

**Fill in this information to identify the case:**

Debtor name    Recondition Pros Penn, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $         0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................    $       173,333.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $       173,333.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $         0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $         0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      58,686.10

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b    $      58,686.10

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Recondition Pros Penn, LLC

United States Bankruptcy Court for the:      EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. Chase | Checking | 5205 | $158,943.00 |
| 3.2. | | | |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$158,943.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Recondition Pros Penn, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | 6,890.00 | - | 0.00 | = .... | $6,890.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| $6,890.00 |
|---|

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Oil Separator (equipment used with air<br>compressor) | $0.00 | Comparable sale | $2,500.00 |
| Jack Stands (appx. 60 total - value is for all 60) | $0.00 | Comparable sale | $2,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | Recondition Pros Penn, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Material Parts (6 total - value is for all 6) | | $0.00 | Comparable sale | | $3,000.00 |
|---|---|---|---|---|---|

51. **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| $7,500.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Recondition Pros Penn, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $158,943.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,890.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $173,333.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $173,333.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Recondition Pros Penn, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Recondition Pros Penn, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>Blackwell, Burke & Ramsey, P.C.<br>101 W. Ohio St., Suite 1700<br>Indianapolis, IN 46204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,387.50 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Legal services_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Chase Credit Card<br>PO Box 5010, Section 230<br>Concord, CA 94524 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.03 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit card_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Cintas<br>P.O. 630803 Cincinnati, OH 45263-0803<br>Cincinnati, OH 45263 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,377.00 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Cintas Fire<br>P.O. Box 636525 Cincinnati, OH 45263-6525<br>Cincinnati, OH 45263 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177.43 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |
| **3.5** **Nonpriority creditor's name and mailing address**<br>Empire Parts<br>5000 Lincoln Drive<br>Marlton, NJ 08053 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00 |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Recondition Pros Penn, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,180.00 |

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  GLL Insurance

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $2,973.00

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Commercial Auto Insurance

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $255.23

E-Z Pass
PO Box 4973
Trenton, NJ 08653

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.9**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $400.00

Fred Beans Auto Group
P.O. Box 872
Doylestown, PA 18901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $6,936.50

Outsourced General Counsel, LLC
5351 E. Thompson Road, #298
Indianapolis, IN 46237

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Ordinary course legal services

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $2,187.76

PECO
2701 E. Pickwick St.
Philadelphia, PA 19134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $5,325.50

Philadelphia Gas Works (PGW)
2701 E. Pickwick St.
Philadelphia, PA 19134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Utility

Is the claim subject to offset?  ☒ No    ☐ Yes

---

**3.13**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    $1,677.79

Philadelphia Water Department
2701 E. Pickwick St.
Philadelphia, PA 19134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Utility

Is the claim subject to offset?  ☒ No    ☐ Yes

---

| Debtor | Recondition Pros Penn, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Recondition Pros, LLC
8250 Allison Pointe Blvd., Suite 220
Indianapolis, IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Business loan to affiliate

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$421.16**

Republic
2701 E. Pickwick St.
Philadelphia, PA 19134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Utility

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,162.00**

Sherwin Williams
1447 Brace Road
Cherry Hill, NJ 08034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$285.20**

Verizon
2701 E. Pickwick St.
Philadelphia, PA 19134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** Utility

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 58,686.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 58,686.10 |

---

**Fill in this information to identify the case:**

Debtor name ___Recondition Pros Penn, LLC___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF PENNSYLVANIA___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement for Building and All Amendment Thereto | 2730 Castor Ave, LLC c/o Frankel Management Company 209 Leedom Street, 2nd Floor Attn: Sean Frankel Email: seanfrankel@comcast.net Jenkintown, PA 19046 |
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Package Insurance Policy, Commercial Auto Insurance Policy, and Commercial Umbrella Insurance Policy | |
| | State the term remaining | | Erie Insurance 100 Erie Insurance Place |
| | List the contract number of any government contract | | Erie, PA 16530 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Recondition Pros Penn, LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State     Zip Code | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Recondition Pros Penn, LLC

Debtor(s)

Case No.
Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Recondition Pros, LLC<br>8520 Allison Pointe Blvd., Suite 200<br>Indianapolis, IN 46250 | | | Owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Member of Recondition Pros, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 3, 2023

Signature    Devin Leas

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re     Recondition Pros Penn, LLC                                     Case No.
                                                   Debtor(s)             Chapter     11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of Recondition Pros, LLC of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:     March 3, 2023                                          _Director of Business Development_
                                                   Devin Leas/Member of Recondition Pros, LLC
                                                   Signer/Title

2730 Castor Ave, LLC
Attn: Sean Frankel
c/o Frankel Management Company 209 Leedo
Jenkintown, PA 19046


Blackwell, Burke & Ramsey, P.C.
101 W. Ohio St., Suite 1700
Indianapolis, IN 46204


Capstone Law LLC
1760 Market Street, Suite 1200
Philadelphia, PA 19103


Chase Credit Card
PO Box 5010, Section 230
Concord, CA 94524


Cintas
P.O. 630803 Cincinnati, OH 45263-0803
Cincinnati, OH 45263


Cintas Fire
P.O. Box 636525 Cincinnati, OH 45263-652
Cincinnati, OH 45263


Empire Parts
5000 Lincoln Drive
Marlton, NJ 08053


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


E-Z Pass
PO Box 4973
Trenton,    08653


Fred Beans Auto Group
P.O. Box 872
Doylestown, PA 18901


Outsourced General Counsel, LLC
5351 E. Thompson Road, #298
Indianapolis, IN 46237


PECO
2701 E. Pickwick St.
Philadelphia, PA 19134

```
Philadelphia Gas Works (PGW)
2701 E. Pickwick St.
Philadelphia, PA 19134


Philadelphia Water Department
2701 E. Pickwick St.
Philadelphia, PA 19134


Recondition Pros, LLC
8250 Allison Pointe Blvd., Suite 220
Indianapolis, IN 46250


Republic
2701 E. Pickwick St.
Philadelphia, PA 19134


Sherwin Williams
1447 Brace Road
Cherry Hill, NJ 08034


Verizon
2701 E. Pickwick St.
Philadelphia, PA 19134
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    Recondition Pros Penn, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Recondition Pros Penn, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Recondition Pros, LLC
8520 Allison Pointe Blvd., Suite 200
Indianapolis, IN 46250

☐ None [*Check if applicable*]

March 3, 2023

Date

/s/ Lara S. Martin

Lara S. Martin, Esq.

Signature of Attorney or Litigant

Counsel for   Recondition Pros Penn, LLC

Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8100
lmartin@bernsteinlaw.com

## RECONDITION PROS PENN, LLC
## ACTION BY WRITTEN CONSENT OF MEMBER

The undersigned, Devin Leas, as a Member of Recondition Pros, LLC ("**Member**"), an Indiana limited liability company, the sole member of Recondition Pros Penn, LLC, a Pennsylvania limited liability company (the "**Company**"), in accordance with and pursuant to the Company's operating agreement, does hereby consent to, adopt, and approve the following resolution, with the same force and effect as if such resolutions were duly adopted by the affirmative vote of the Member taken at a special meeting duly called and held on the 3rd day of March, 2023 ("**Effective Date**"):

WHEREAS, in the judgment of the Member, based in part upon a review of the Company's assets and liabilities and in consultation with its advisors, it is desirable and in the best interests of the Company, its creditors, equity holders, and other interested parties that a voluntary bankruptcy petition (the "**Petition**") be filed by the Company under the provisions of subchapter V of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § § 101-1532 (the "**Bankruptcy Code**");

NOW, THEREFORE, BE IT RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the same;

FURTHER RESOLVED, that the Member is hereby authorized, directed, and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition as well as all other ancillary documents and other documents related to the bankruptcy case and to cause the Petition to be filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents as the Member, in its discretion, deems necessary or desirable in order to carry out the intent and accomplish the purposes of these resolutions (approval of any of the above- described documents to be conclusively established by the execution thereof by the Member), (ii) to execute (a) a consent to the entry of an order for relief in an involuntarily-commenced chapter 11 or chapter 7 case, if any, or (b) a request for conversion of an involuntarily-commenced chapter 11 or chapter 7 case, if any, (iii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee postpetition funding) necessary or desirable in connection with the foregoing, and (iv) to execute and verify any and all other documents necessary or appropriate in connection therewith in such form Member may approve;

FURTHER RESOLVED, that the law firms of Bernstein Burkley and Blackwell, Burke & Ramsey, P.C. and any local Pennsylvania counsel or special counsel selected by the Member, if any, are authorized, empowered, and directed to represent the Company, as debtor and/or debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

FURTHER RESOLVED, that Member is authorized, directed, and empowered to retain on behalf of the Company such other attorneys, financial advisors, accountants, and other professionals as such the Member shall deem appropriate in its judgment;

FURTHER RESOLVED, that the Member is authorized, directed, and empowered to enter into, in the name of and on behalf of the Company, as debtor and/or debtor in possession, any financial transactions as the Members so acting shall deem appropriate in their judgment, including, without limitation, other entities, as borrower, co-borrower, guarantor, or in any other capacity as the Member shall deem appropriate in their judgment;

FURTHER RESOLVED, that each and every manager and officer of the Company, be, and each of them, acting alone, is hereby authorized, directed, and empowered from time to time in the name of and on behalf of the Company to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company (including, without limitation, documents executed pursuant to which the Company shall receive or guarantee post-petition funding); all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company;

FURTHER RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Member, each manager and officer of the Company be, and each of them, acting alone, hereby is, authorized, directed, and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and things and to execute and deliver all such other instruments, certificates, agreements and documents as they or any of them may consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions;

FURTHER RESOLVED, that all actions heretofore taken by any manager, officer, or director of the Company in connection with the foregoing

resolutions be, and all such actions hereby are, confirmed, ratified, and approved in all respects; and

IN WITNESS WHEREOF, the undersigned Member of the Company has executed this Written Consent as of the Effective Date.

_____
Recondition Pros, LLC

By: _____
Devin Leas, Member