**Fill in this information to identify the case:**

Debtor Name: Recondition Pros Penn, LLC

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 23-10639-PMM

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: April 2023  Date report filed: 05/19/2023
  MM / DD / YYYY

Line of business: Automotive Reconditioning  NAISC code: 8111

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Recondition Pros Penn, LLC

Original signature of responsible party: *[signature]*

Printed name of responsible party: Devin Leas

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
|   | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☒ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
|   | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name    Recondition Pros Penn, LLC                    Case number 23-10639-PMM

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 202,875.00

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 7,060.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 88,945.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -81,885.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 120,990.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 36,922.89

    *(Exhibit E)*

Debtor Name ___Recondition Pros Penn, LLC___                    Case number ___23-10639-PMM___

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ ___13,245.00___
    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                          ___0___
27. What is the number of employees as of the date of this monthly report?                                             ___0___

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                            $ ___0.00___
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?              $ ___0.00___
30. How much have you paid this month in other professional fees?                                                      $ ___0.00___
31. How much have you paid in total other professional fees since filing the case?                                     $ ___0.00___

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0 | − | $ 7,060.00 | = | $ -7,060.00 |
| 33. **Cash disbursements** | $ 24,831.00 | − | $ 88,945.00 | = | $ -64,114.00 |
| 34. **Net cash flow** | $ -24,831.00 | − | $ 81,885.00 | = | $ -106,716.00 |

35. Total projected cash receipts for the next month:                                                                  $ ___29,000.00___
36. Total projected cash disbursements for the next month:                                                          − $ ___15,950.00___
37. Total projected net cash flow for the next month:                                                                = $ ___13,050.00___

Debtor Name   Recondition Pros Penn, LLC                          Case number 23-10639-PMM

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [x] 39. Bank reconciliation reports for each account.

- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

econdition Pros Penn

**1018 RP Penn DIP Checking (5736), Period Ending 04/28/2023**

RECONCILIATION REPORT

Reconciled on: 05/05/2023

Reconciled by: RP Accounting

Any changes made to transactions after this date aren't included in this report.

**Summary**  USD

Statement beginning balance  0.00
Checks and payments cleared (3)  -88,945.00
Deposits and other credits cleared (1)  202,875.28
Statement ending balance  113,930.28

Register balance as of 04/28/2023  113,930.28

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/21/2023 | Expense | | | -24,831.00 |
| 04/21/2023 | Expense | | | -35,543.00 |
| 04/21/2023 | Expense | | | -28,571.00 |
| Total | | | | 88,945.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/07/2023 | Transfer | | | 202,875.28 |
| Total | | | | 202,875.28 |

### econdition os enn

### Profit and Loss
April 2023

|  | TOTAL |
|---|---:|
| **Income** | |
|   4010 Sales | 7,060.00 |
| **Total Income** | **$7,060.00** |
| **GROSS PROFIT** | **$7,060.00** |
| Expenses | |
| **Total Expenses** | |
| NET OPERATING INCOME | **$7,060.00** |
| NET INCOME | **$7,060.00** |

# Recondition Pros Penn

## A/P Aging Detail

As of May 19, 2023

| DATE | TRANSACTION TYPE | NUM | VENDOR | DUE DATE | PAST DUE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|
| **91 or more days past due** | | | | | | | |
| 11/30/2022 | Bill | Nov 22 | Keystone | 11/30/2022 | 170 | 15.35 | 15.35 |
| 12/31/2022 | Bill | Dec 22 58533 | GMG EnviroSafe | 12/31/2022 | 139 | 450.00 | 450.00 |
| 01/03/2023 | Bill | Dec 2022 | Peco | 01/03/2023 | 136 | 671.04 | 671.04 |
| 01/31/2023 | Bill | Jan 23 6278-1498-1 | Sherwin Williams | 01/31/2023 | 108 | 14,118.02 | 14,118.02 |
| 01/31/2023 | Bill | Jan 23 4798-3314-7 | Sherwin Williams | 01/31/2023 | 108 | 6,713.31 | 6,713.31 |
| 01/31/2023 | Bill | | PGW | 01/31/2023 | 108 | 2,880.29 | 2,880.29 |
| 01/31/2023 | Bill | Jan 23 | Peco | 01/31/2023 | 108 | 792.61 | 792.61 |
| 01/31/2023 | Bill | Jan 23MT 152634 | Empire Auto Parts | 01/31/2023 | 108 | 450.00 | 450.00 |
| 01/31/2023 | Bill | Jan 23 58975 | GMG EnviroSafe | 01/31/2023 | 108 | 450.00 | 450.00 |
| 01/31/2023 | Bill | Jan 23 Z7926776 | Fred Beans | 01/31/2023 | 108 | 414.13 | 414.13 |
| 01/31/2023 | Bill | Jan 23 2125-4939-8 | Sherwin Williams | 01/31/2023 | 108 | 182.92 | 182.92 |
| 01/31/2023 | Bill | Jan 23 0D47568951 | Cintas Fire 636525 | 01/31/2023 | 108 | 177.43 | 177.43 |
| 01/31/2023 | Bill | Jan 23 9206373678 | Cintas | 01/31/2023 | 108 | 99.00 | 99.00 |
| **Total for 91 or more days past due** | | | | | | **$27,414.10** | **$27,414.10** |
| **61 - 90 days past due** | | | | | | | |
| 02/28/2023 | Bill | Feb 23 | PGW | 02/28/2023 | 80 | 2,445.21 | 2,445.21 |
| 02/28/2023 | Bill | Feb 23 | Peco | 02/28/2023 | 80 | 714.04 | 714.04 |
| 02/28/2023 | Bill | Feb 23 | Republic Services | 02/28/2023 | 80 | 421.16 | 421.16 |
| 02/28/2023 | Bill | Feb 28 | Gnali Enterprises | 02/28/2023 | 80 | 350.00 | 350.00 |
| 02/28/2023 | Bill | Feb 23 | Cintas | 02/28/2023 | 80 | 99.00 | 99.00 |
| **Total for 61 - 90 days past due** | | | | | | **$4,029.41** | **$4,029.41** |
| **31 - 60 days past due** | | | | | | | |
| 03/31/2023 | Bill | Mar 23 | PGW | 03/31/2023 | 49 | 2,179.14 | 2,179.14 |
| 03/31/2023 | Bill | Mar 23 3-0324-0073475 | Republic Services | 03/31/2023 | 49 | 415.89 | 415.89 |
| 03/31/2023 | Bill | Mar 23 19114-19014 | Peco | 03/31/2023 | 49 | 231.09 | 231.09 |
| 03/31/2023 | Bill | Mar 23 / 921387250 | Cintas | 03/31/2023 | 49 | 99.00 | 99.00 |
| **Total for 31 - 60 days past due** | | | | | | **$2,925.12** | **$2,925.12** |
| **1 - 30 days past due** | | | | | | | |
| 04/20/2023 | Bill | Contract b/o | Cintas | 04/20/2023 | 29 | 2,079.00 | 2,079.00 |
| 04/30/2023 | Bill | Apr 23 / 19114-19014 | Peco | 04/30/2023 | 19 | 283.48 | 283.48 |
| 04/30/2023 | Bill | April 23 0979407978 | PGW | 04/30/2023 | 19 | 191.78 | 191.78 |
| **Total for 1 - 30 days past due** | | | | | | **$2,554.26** | **$2,554.26** |
| **TOTAL** | | | | | | **$36,922.89** | **$36,922.89** |

# Recondition Pros Penn

## A/R Aging Detail
As of May 19, 2023

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---:|---:|
| **Current** | | | | | | |
| 05/16/2023 | Invoice | PA-PDR-3018 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3019 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3021 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3023 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3024 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3025 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3026 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3027 | Carvana - Delanco | 06/15/2023 | 300.00 | 300.00 |
| 05/16/2023 | Invoice | PA-PDR-3020 | Carvana - Delanco | 06/15/2023 | 600.00 | 600.00 |
| 05/16/2023 | Invoice | PA-PDR-3022 | Carvana - Delanco | 06/15/2023 | 600.00 | 600.00 |
| 05/16/2023 | Invoice | PA-PDR-3028 | Carvana - Delanco | 06/15/2023 | 900.00 | 900.00 |
| 05/17/2023 | Invoice | PA-PDR-3030 | Carvana - Delanco | 06/16/2023 | 300.00 | 300.00 |
| 05/17/2023 | Invoice | PA-PDR-3031 | Carvana - Delanco | 06/16/2023 | 600.00 | 600.00 |
| 05/17/2023 | Invoice | PA-PDR-3029 | Carvana - Delanco | 06/16/2023 | 1,200.00 | 1,200.00 |
| 05/17/2023 | Invoice | PA-PDR-3032 | Carvana - Delanco | 06/16/2023 | 1,200.00 | 1,200.00 |
| 05/17/2023 | Invoice | PA-PDR-3033 | Carvana - Delanco | 06/16/2023 | 1,200.00 | 1,200.00 |
| 05/18/2023 | Invoice | PA-PDR-3039 | Carvana - Delanco | 06/17/2023 | 45.00 | 45.00 |
| 05/18/2023 | Invoice | PA-PDR-3035 | Carvana - Delanco | 06/17/2023 | 300.00 | 300.00 |
| 05/18/2023 | Invoice | PA-PDR-3036 | Carvana - Delanco | 06/17/2023 | 300.00 | 300.00 |
| 05/18/2023 | Invoice | PA-PDR-3037 | Carvana - Delanco | 06/17/2023 | 300.00 | 300.00 |
| 05/18/2023 | Invoice | PA-PDR-3034 | Carvana - Delanco | 06/17/2023 | 900.00 | 900.00 |
| 05/18/2023 | Invoice | PA-PDR-3038 | Carvana - Delanco | 06/17/2023 | 1,200.00 | 1,200.00 |
| 05/18/2023 | Invoice | PA-PDR-3040 | Carvana - Delanco | 06/17/2023 | 1,200.00 | 1,200.00 |
| **Total for Current** | | | | | **$13,245.00** | **$13,245.00** |
| **TOTAL** | | | | | **$13,245.00** | **$13,245.00** |

## Recondition Pros Penn
Transaction Detail by Account
April 2023

| ACCOUNT | DATE | TRANSACTION TYPE | TRANSACTION NUMBER | NAME | LOCATION | CLASS | DESCRIPTION | SPLIT ACCOUNT | AMOUNT LINE | BALANCE | POSTING | TRANSACTION TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RP Penn Checking (5205)** | | | | | | | | | | | | |
| RP Penn Checking (5205) | 04/05/2023 | Payment | 20230405 P | Carvana - Delanco | -- | -- | 826903 | Accounts Receivable (A/R) | $6,160.00 | $6,160.00 | Yes | Payment |
| RP Penn Checking (5205) | 04/07/2023 | Transfer | -- | | -- | -- | Transfer from CHK XXXXX5205 | 1018 RP Penn DIP Checking (5736) | -$202,875.28 | -$196,715.28 | Yes | Transfer |
| RP Penn Checking (5205) | 04/18/2023 | Payment | 20230417 P | Carvana - Delanco | -- | -- | 832548 | Accounts Receivable (A/R) | $900.00 | -$195,815.28 | Yes | Payment |
| **Total for RP Penn Checking (5205)** | | | | | | | | | **-$195,815.28** | | | |
| **1018 RP Penn DIP Checking (5736)** | | | | | | | | | | | | |
| 1018 RP Penn DIP Checking (5736) | 04/07/2023 | Transfer | | | -- | -- | Transfer from CHK XXXXX5205 | RP Penn Checking (5205) | $202,875.28 | $202,875.28 | Yes | Transfer |
| 1018 RP Penn DIP Checking (5736) | 04/21/2023 | Expense | -- | -- | -- | -- | Online Transfer to CHK ...6876 t ransaction#: 17149275410 04/21 | Due to Recondition Pros (Parent) | -$24,831.00 | $178,044.28 | Yes | Expense |
| 1018 RP Penn DIP Checking (5736) | 04/21/2023 | Expense | -- | -- | -- | -- | Online Transfer to CHK ...6876 t ransaction#: 17149286345 04/21 | Due to Recondition Pros (Parent) | -$28,571.00 | $149,473.28 | Yes | Expense |
| 1018 RP Penn DIP Checking (5736) | 04/21/2023 | Expense | -- | -- | -- | -- | Online Transfer to CHK ...6876 t ransaction#: 17149287911 04/21 | Due to Recondition Pros (Parent) | -$35,543.00 | $113,930.28 | Yes | Expense |
| **Total for 1018 RP Penn DIP Checking (5736)** | | | | | | | | | **$113,930.28** | | | |
| **Accounts Receivable (A/R)** | | | | | | | | | | | | |
| Accounts Receivable (A/R) | 04/05/2023 | Payment | 20230405 P | Carvana - Delanco | -- | -- | -- | RP Penn Checking (5205) | -$6,160.00 | -$6,160.00 | Yes | Payment |
| Accounts Receivable (A/R) | 04/18/2023 | Payment | 20230417 P | Carvana - Delanco | -- | -- | -- | RP Penn Checking (5205) | -$900.00 | -$7,060.00 | Yes | Payment |
| **Total for Accounts Receivable (A/R)** | | | | | | | | | **-$7,060.00** | | | |
| **Due to Recondition Pros (Parent)** | | | | | | | | | | | | |
| Due to Recondition Pros (Parent) | 04/21/2023 | Expense | -- | -- | -- | -- | Online Transfer to CHK ...6876 t ransaction#: 17149275410 04/21 | 1018 RP Penn DIP Checking (5736) | $24,831.00 | $24,831.00 | Yes | Expense |
| Due to Recondition Pros (Parent) | 04/21/2023 | Expense | -- | -- | -- | -- | Online Transfer to CHK ...6876 t ransaction#: 17149286345 04/21 | 1018 RP Penn DIP Checking (5736) | $28,571.00 | $53,402.00 | Yes | Expense |
| Due to Recondition Pros (Parent) | 04/21/2023 | Expense | -- | -- | -- | -- | Online Transfer to CHK ...6876 t ransaction#: 17149287911 04/21 | 1018 RP Penn DIP Checking (5736) | $35,543.00 | $88,945.00 | Yes | Expense |
| **Total for Due to Recondition Pros (Parent)** | | | | | | | | | **$88,945.00** | | | |
| **Accounts Payable (A/P)** | | | | | | | | | | | | |
| Accounts Payable (A/P) | 04/20/2023 | Bill | Contract b/o | Cintas | -- | -- | -- | Repairs & Maintenance | $2,079.00 | $2,079.00 | Yes | Bill |
| Accounts Payable (A/P) | 04/30/2023 | Bill | Apr 23 / 19114-19014 | Peco | -- | -- | -- | -- | $283.48 | $2,362.48 | Yes | Bill |
| Accounts Payable (A/P) | 04/30/2023 | Bill | April 23 0979407978 | PGW | -- | -- | -- | -- | $191.78 | $2,554.26 | Yes | Bill |
| **Total for Accounts Payable (A/P)** | | | | | | | | | **$2,554.26** | | | |
| **Repairs & Maintenance** | | | | | | | | | | | | |
| Repairs & Maintenance | 04/20/2023 | Bill | Contract b/o | Cintas | -- | Delanco Autobody\|Paint | Penn CC 2749 | Accounts Payable (A/P) | $2,079.00 | $2,079.00 | Yes | Bill |
| **Total for Repairs & Maintenance** | | | | | | | | | **$2,079.00** | | | |
| **Utilities** | | | | | | | | | | | | |
| Utilities | 04/30/2023 | Bill | Apr 23 / 19114-19014 | Peco | -- | Delanco Autobody\|Paint | Penn CC 2749 | Accounts Payable (A/P) | $283.48 | $283.48 | Yes | Bill |
| Utilities | 04/30/2023 | Bill | Apr 23 / 19114-19014 | Peco | -- | Delanco Autobody\|Paint | Penn CC 2749 | Accounts Payable (A/P) | $0.00 | $283.48 | Yes | Bill |
| Utilities | 04/30/2023 | Bill | April 23 0979407978 | PGW | -- | Delanco Autobody\|Paint | Penn cc 2749 | Accounts Payable (A/P) | $191.78 | $475.26 | Yes | Bill |
| Utilities | 04/30/2023 | Bill | April 23 0979407978 | PGW | -- | Delanco Autobody\|Paint | Penn cc 2749 | Accounts Payable (A/P) | $0.00 | $475.26 | Yes | Bill |
| **Total for Utilities** | | | | | | | | | **$475.26** | | | |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

April 07, 2023 through April 28, 2023

Account Number: 5736

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00008217 DRE 053 142 12323 NNNNNNNNNNN T 1 000000000 D4 0000
RECONDITION PROS PENN, LLC
DEBTOR IN POSSESSION 23-10639
8520 ALLISON POINTE BLVD STE 220E
INDIANAPOLIS IN 46250-4299

## CHECKING SUMMARY — Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 1 | 202,875.28 |
| Electronic Withdrawals | 3 | -88,945.00 |
| **Ending Balance** | **4** | **$113,930.28** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07 | Transfer From Chk Xxxxx5205 | $202,875.28 |
| **Total Deposits and Additions** | | **$202,875.28** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/21 | 04/21 Online Transfer To Chk ...6876 Transaction#: 17149275410 | $24,831.00 |
| 04/21 | 04/21 Online Transfer To Chk ...6876 Transaction#: 17149286345 | 28,571.00 |
| 04/21 | 04/21 Online Transfer To Chk ...6876 Transaction#: 17149287911 | 35,543.00 |
| **Total Electronic Withdrawals** | | **$88,945.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/07 | $202,875.28 |
| 04/21 | 113,930.28 |



April 07, 2023 through April 28, 2023

Account Number: 5736

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

ACCOUNT 000000938125736

| | | | | | |
|---|---|---|---|---|---|
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | | | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC