**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| **Recondition Pros Penn, LLC** | : | |
| | : | |
| Debtor | : | Bky. No. 23-10639 PMM |

-------------------------------------------------------------------------------------------

## Scheduling Order

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code and the Court having held a preliminary status conference on April 26, 2023, and the Debtor's proposed plan of reorganization having been filed on June 1, 2023, IT IS HEREBY **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on Wednesday, July 19, 2023, at 9:30 a.m. in the United States Bankruptcy Court, Robert N.C. Nix Federal Building, Second Floor, Courtroom #1, 900 Market St., Philadelphia, Pennsylvania, 19107.

2. Objections to Plan. July 12, 2023, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

3. <u>Voting on the Plan</u>. July 12, 2023, is the deadline for submitting written acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

> Lara Shipkovitz Martin
> BERNSTEIN-BURKLEY
> 601 Grant Street, 9th Floor
> Pittsburgh, PA 15219

4. <u>Service of Plan Documents</u>. On or before June 7, 2023, the Debtor shall serve a copy of this Scheduling Order, the Debtor's plan of reorganization, and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). *The Debtor's attorney shall thereafter promptly file a certificate of service with the Court*.

Date: **June 2, 2023**

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**